UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Apollon Nimo,
D-2 Farrah Bottris Bahoo,

    Defendants.
_____/

Criminal No. 22-20272
Honorable Mark A. Goldsmith

Violations:
18 U.S.C. § 1028(a)(7), (b)(6)

### FIRST SUPERSEDING INFORMATION

THE ATTORNEY GENERAL CHARGES:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

    1.    Fiat Chrysler Automobiles, also known as FCA US LLC, including its predecessor and successor entities (hereinafter FCA), was a company that manufactured automobiles under brand names such as Chrysler, Dodge, Jeep, and Ram. FCA conducted significant business operations in the Eastern District of Michigan, including in Auburn Hills, Michigan and elsewhere. FCA sold automobiles through independently-owned dealerships.

    2.    FCA administered various programs to provide discounts on the purchase or lease of a new FCA vehicle to FCA employees and people associated

with an FCA employee through specified relationships. One such discount plan was the Employee Purchase (EP) plan, which provided a five-percent discount from the factory invoice price for a FCA vehicle. The EP plan was available only to FCA employees and other qualified buyers with certain familial relationships to an FCA employee. To obtain an EP discount when purchasing or leasing a new FCA vehicle at dealership, a buyer was required to present an Employee Purchase Control Number (EPCN). The cost of an EP discount was passed on from the dealership to FCA.

## COUNT ONE
### 18 U.S.C. § 1018(a)(7), (b)(6) – *Misdemeanor* Unlawful Transfer of a Means of Identification

D-1 APOLLON NIMO
D-2 FARRAH BOTTRIS BAHOO

3. On or about September 29, 2020, defendants Apollon NIMO and Farrah Bottris BAHOO, aiding and abetting one another and others, assisted an individual "S.E." in procuring an EPCN, for S.E.'s use in the context of a vehicle sales transaction. The EPCN was itself a means of identification.

4. Defendant NIMO and BAHOO assisted in the procurement of this ECPN intending to aid and abet S.E.'s further, unlawful use of the EPCN to obtain a discount under FCA's EP plan for which S.E. was not entitled, in violation of both EP program rules and federal law.

5. Further, Defendants NIMO and BAHOO acted with knowledge that the customer was not entitled to the EP discount, and that the transaction as a whole involved the interstate transmission of information via wire.

All in violation of Title 18, United States Code, Section 1028(a)(7), (b)(6).

JEROME F. GORGON, JR.
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit

*s/Ryan A. Particka*
RYAN A. PARTICKA

*s/Davin M. Reust*
DAVIN M. REUST
Assistant United States Attorney

Dated: November 18, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** *RAP* |

**Case Title:** USA v. Apollon Nimo

**County where offense occurred:** Macomb

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 2:21-mj-30198]

**Superseding Case Information**

**Superseding to Case No:** 22-20272     **Judge:** Mark A. Goldsmith

**Reason: Additional Charge (Misdemeanor)**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

November 18, 2025
Date

*s/Ryan A. Particka*
Ryan A. Particka
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
ryan.particka@usdoj.gov
(313) 226-9635

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.